[No. 18813-2-III. Division Three. October 19, 2000.]

JOHN E. KIMMET, *Respondent*, v. BRAD L. BLUEMER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-01262-0, Robert D. Austin, J., entered September 17, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.